October 25, 2023

**U.S.BANKRUPTCY COURT**

**450 Golden Gate Avenue MB 36099**

**San Francisco, CA 94102**

FILED

OCT 26 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTN: Bankruptcy Trustee or Bankruptcy Clerk**

RE: REQUEST FOR EXTENSION

    CYNTHIA A. MC CARN – Case #23-10506

To Whom this May Concern;

I am writing to humbly request an extension to the above referenced case. I sincerely regret I was unable to meet the date to send documents however, I became very ill, along with my physical limitations, doctor and physical therapy appts from two major back to back car one resulting in major injuries to myself (not my fault) which I have to continue to be able to strengthen my walking ability (I can send notarized verification by care giver if needed). I do want to be compliant with the necessary documents needed, however, I humbly request for more time to do so.

I look forward to receiving notice or correspondence by email, phone call or mail, to this request. Thank You.

Respectfully,

*Cynthia A McCarn* (signature)

CYNTHIA A. MC CARN

8157 Mill Station Road

Sebastopol, CA 95472

EMAIL: cajsmiles@gmail.com

(707) 775-5792