

**Signed and Filed: October 27, 2023**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CYNTHIA ANN McCARN,<br><br>                Debtor. | ) Bankruptcy Case<br>) No. 23-10506-DM<br>)<br>) Chapter 13<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**

On October 11, 2023, Debtor filed the above-captioned bankruptcy case. On October 11, 2023, the court entered an order requiring Debtor to file required documents within 14 days or the case would be dismissed (Dkt. 4). On October 26, 2023, Debtor requested an extension of time to file the required documents. Upon due consideration, the court hereby orders as follows:

(1) The deadline for Debtor to file all documents identified as follows is extended to **November 27, 2023:**

- Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)

- Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- Schedule A/B: Property (Official Form 106A/B)
- Schedule C: The Property You Claim as Exempt (Official Form 106C)
- Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
- Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
- Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
- Schedule H: Your Codebtors (Official Form 106H)
- Schedule I: Your Income (Official Form 106I)
- Schedule J: Your Expenses (Official Form 106J)
- Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C-1)
- Chapter 13 Calculation of Your Disposable Income (122C-2)
- Chapter 13 Plan Effective 1/1/2023, Version 3.

(2) If Debtor does not timely and fully comply with paragraph (1) of this order, or obtain an order further extending the deadline, this bankruptcy case may be dismissed without further notice or hearing.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Cynthia Ann McCarn
8157 Mill Station Rd.
Sebastopol, CA 95472

Case: 23-10506    Doc# 11    Filed: 10/27/23    Entered: 10/27/23 15:31:35    Page 3 of 3